IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-00231-ZLW-KLM

JOAN WALDRON,

    Plaintiff,

v.

THE STATE OF COLORADO, through its Agency,
19TH JUDICIAL DISTRICT COURT, and
JUDGE MARCELO ADRIAN KOPCOW, in his official capacity,

    Defendants.

---

ORDER

---

This matter was before the Court on May 14, 2008, for oral argument on Defendant's Motion To Dismiss. The Court heard the arguments and statements of counsel, and made oral conclusions of law which are incorporated herein by reference as if fully set forth. Accordingly, it is

ORDERED that Defendant's Motion To Dismiss (Doc. No. 6) is granted in part and denied in part. It is

FURTHER ORDERED that the motion is granted as to Plaintiff's request for injunctive relief against both Defendants, and as to her request for compensatory damages against Defendant Judge Marcelo Adrian Kopcow, and said requests are dismissed. It is

FURTHER ORDERED that Judge Marcelo Adrian Kopcow is dismissed as a Defendant in this action, and the caption shall be amended accordingly. It is

FURTHER ORDERED that this case shall proceed on (1) Plaintiff's first claim for relief for violation of the Americans with Disabilities Act, against the State of Colorado only and for compensatory damages only, and (2) Plaintiff's second claim for relief for violation of the Rehabilitation Act, against the State of Colorado only and for compensatory damages only.

DATED at Denver, Colorado, this   15th   day of May, 2008.

BY THE COURT:

*[signature: Zita L. Weinshienk]*

ZITA L. WEINSHIENK,  Senior Judge
United States District Court