IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00231-ZLW-KLM

JOAN WALDRON,

    Plaintiff,

v.

THE STATE OF COLORADO, through its Agency, 19TH JUDICIAL DISTRICT COURT,

    Defendant.
_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Third Stipulated Motion to Modify Scheduling Order** [Docket No. 34; Filed February 3, 2009] ("Stipulated Motion").

    IT IS HEREBY **ORDERED** that the Stipulated Motion is **GRANTED**. The Scheduling Order issued on April 1, 2008 [Docket No. 12], and amended on July 15, 2008 and December 29, 2008 [Docket Nos. 20 & 30], is further modified as follows:

- Designation of Rebuttal Experts Deadline    **March 16, 2009**
- Discovery Cut-Off    **April 3, 2009**
- Dispositive Motions Deadline    **May 4, 2009**

    IT IS FURTHER **ORDERED** that the Court *sua sponte* **vacates** the Final Pretrial Conference set for March 10, 2009 at 9:30 a.m. and **RESETS** it to **July 1, 2009 at 9:30 a.m.** in Courtroom **C-204,** Second Floor, of the Byron Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado, 80294.

    The parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures **no later than June 24, 2009**. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., WordPerfect) and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

    Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at [www.co.uscourts.gov](www.co.uscourts.gov). Instructions for downloading in richtext format are posted in the forms section of the website.**

Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C.COLO.LCivR 83.2B.

Dated: February 5, 2009