IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

July 14, 2009

Bernique Abiakam, Deputy Clerk
Janet Coppock, Court Reporter

Civil Action No. 08-cv-00231-ZLW-KLM

JOAN WALDRON,                                        Rosemary Orsini

      Plaintiff,

v.

THE STATE OF COLORADO, through its Agency,   Patrick Sayas
19th JUDICIAL DISTRICT COURT,

      Defendant.

## COURTROOM MINUTES

**Motions Hearing**

**2:17 p.m.    Court in session.**

Case called.

American Sign Language interpreter sworn.  Appearances of counsel.

Preliminary comments by the Court.

Argument heard on Defendant's Motion For Summary Judgment (Supporting Authorities Incorporated Herein) [Filed 5/1/09; Doc. No. 44].

2:25 p.m.    Argument by Mr. Sayas.  Questions by the Court.

2:45 p.m.    Argument by Ms. Orsini.  Questions by the Court.

Plaintiff's Exhibits 6A, 7A, and 8A marked and tendered to the Court.

3:10 p.m.    Continued argument by Ms. Orsini.  Questions by the Court.

*08-cv-00231-ZLW-KLM*
*Motions Hearing*
*July 14, 2009*

3:15 p.m.      Rebuttal argument by Mr. Sayas.

3:25 p.m.      Further argument by Ms. Orsini.

3:27 p.m.      Comments and ruling by the Court.

**ORDERED:   Defendant's Motion For Summary Judgment (Supporting Authorities Incorporated Herein) [Filed 5/1/09; Doc. No. 44] is DENIED.**

The Court and counsel discuss further attempts to reach resolution through settlement.

**3:37 p.m.      Court in recess.**
Hearing concluded.
Total time in court: 1 hour 20 minutes.